

# ASK LLP
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

Defendant: **Premier Brands of America Inc.**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Harmon Stores Inc. | Harmon Stores Inc. | 503724 | $35,506.76 | 4/11/2023 | O/A:PPD040623FF | | $35,506.76 |
| **Totals:** | | 1 transfer(s), | $35,506.76 | | | | |